# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-9179 JGB (MRW) | Date | May 15, 2018 |
|---|---|---|---|
| Title | Bard-Honorato v. Shulkin | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a _pro se_ civil action. Plaintiff asserts various claims against the Department of Veterans Affairs. Plaintiff paid the court's filing fee and is responsible for effecting timely service of process on the defense.

2. This has not happened within the time limits set by federal law. Plaintiff filed this action in December 2017. (Docket # 1.) In March 2018, she asked for additional time to serve the defense. (Docket # 7.) The Court ordered Plaintiff to complete service by May 6. (Docket # 8.) It is now five months since Plaintiff initiated this action. To date, Plaintiff has not reported any service nor has she filed any proof of service.

3. Federal Rule of Civil Procedure 4(m) requires a litigant to serve the defense within 90 days or any extended period of time. If a defendant is not served within the time period, the court "must dismiss the action without prejudice against that defendant."

4. Plaintiff is ordered to show cause why the action should not be dismissed for failure to serve. If she wishes to demonstrate "good cause for the failure" to serve and seek another extension of time (Rule 4(m)), she must submit a detailed statement regarding the status of this action and her service attempts. Plaintiff's submission will be due by May 31.

**Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**