JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Tybie P. O'Bard-Honorato,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Peter O'Rourke,<br><br>　　　　　　　Defendant. | Case No. CV 17-9179 JGB (MAAx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is dismissed without leave to amend and this action is dismissed.

Dated: July 24, 2019

　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge